# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EKATERINA CONTE,<br><br>　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>ALLIANCE ONE RECEIVABLES MANAGEMENT, INC.,<br><br>　　　　　　Defendant. | Docket No: 2:13-cv-04103-JMA-SIL |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff EKATERINA CONTE and/or her counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed with prejudice.

DATED: June 10, 2015

　　　　　　　　　　　　　　　　　　**SANDERS LAW, PLLC**
　　　　　　　　　　　　　　　　　　By:　/s David M. Barshay
　　　　　　　　　　　　　　　　　　David M. Barshay, Esq. (DB1790)
　　　　　　　　　　　　　　　　　　100 Garden City Plaza, Suite 500
　　　　　　　　　　　　　　　　　　Garden City, New York 11530
　　　　　　　　　　　　　　　　　　Tel: (516) 203-7600
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　Our File No.: 102521