UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EKATERINA CONTE,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIANCE ONE RECEIVABLES MANAGEMENT, INC.,<br><br>Defendant. | Docket No: 2:13-cv-04103-JMA-SIL<br><br>FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br><br>★ JUN 10 2015 ★<br><br>LONG ISLAND OFFICE |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff EKATERINA CONTE and/or her counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed with prejudice.

DATED: June 10, 2015

**SANDERS LAW, PLLC**
By: /s David M. Barshay
David M. Barshay, Esq. (DB1790)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
*Attorneys for Plaintiff*
Our File No.: 102521

So ordered.
s/ Joanna Seybert    6/10/15
Joan M. Azrack, USDJ